**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

**<u>JUDGMENT IN A CIVIL CASE</u>**


IN RE:                                                    )
                                                              )
NOEL J.P. ENGEL,    Plaintiff.            )



____**Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.**   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

Plaintiff's case is dismissed without prejudice.



<u>September 5, 2017</u>                                <u>Paige Wymore-Wynn                       </u>
Date                                                              Clerk of Court

                                                                  <u>/s/ Tracy L. Diefenbach                 </u>
                                                                  (by) Deputy Clerk